# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2010

140405

GERALD W. PANO,
        Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
        Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140405
COA: 294321
WCAC: 09-000054

On order of the Court, the application for leave to appeal the December 15, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2010

0526

_____
Clerk